## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 22-mc-00032-ODW-PDx | | Date | February 22, 2022 |
|---|---|---|---|---|
| Title | *IN RE: Subpoenas to B. Given & Custodian of Records for Loeb & Loeb LLP* | | | |

Present: The Honorable      PATRICIA DONAHUE, U.S. MAGISTRATE JUDGE

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None Present | None Present |

**Proceedings:**     **(In Chambers) Re Notice of Voluntary Dismissal With Prejudice [Dkt. No. 4]  JS-6**

Pursuant to the Notice of Voluntary Dismissal with Prejudice filed by Defendants on February 21, 2022 [Dkt. No. 4], the Motion to Quash Subpoenas filed on February 9, 2022 [Dkt. No. 1] is hereby dismissed with prejudice and this matter is closed.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer      IM